# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**USABLE MUTUAL INSURANCE COMPANY,**  PLAINTIFF
d/b/a Arkansas Blue Cross and Blue Shield

v.  No. 4:17-CV-516 SWW

**SKYLINE ARKANSAS HEALTHCARE, LLC,**  DEFENDANT
an Arkansas limited liability company

## CONSENT JUDGMENT

Based on the joint motion of the parties for entry of this consent judgment, IT IS HEREBY CONSIDERED, ORDERED, AND ADJUDGED that:

Plaintiff, USAble Mutual Insurance Company, d/b/a Arkansas Blue Cross and Blue Shield ("USAble"), is awarded a judgment against defendant, Skyline Arkansas Healthcare, LLC ("Skyline"), an Arkansas limited liability company, in the amount of $560,000.00, including prejudgment interest, costs, and attorneys' fees. The judgment shall carry post-judgment interest at the rate of 1.55 percent per annum, pursuant to 28 U.S.C. § 1961.

Dated this 17th day of November, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE